IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL MARTINEZ,

    Plaintiffs,                       No. CIV S-05-1958 MCE GGH PS

    vs.

LAW OFFICES OF PANATONI,
FARRELL, FRALAUB,

    Defendants.                   <u>ORDER</u>

_____/

        On November 29, 2005, a Findings and Recommendation was issued that this case be dismissed for plaintiff's failure to keep the court apprised of his current address. Subsequent to that filing, plaintiff filed a notice of change of address on December 19, 2005. Therefore, the Findings and Recommendation filed on November 29, 2005, is hereby vacated.

        In an order filed October 27, 2005, plaintiff's complaint was dismissed and he was granted thirty days to file an amended complaint. The Clerk's office is directed to re-serve

\\\\\

\\\\\

\\\\\

1

1  plaintiff with the order issued October 27, 2005 [docket #3]. Plaintiff's amended complaint is
2  due thirty days from the filed date of this order.
3  DATED: 2/14/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:de
mart1958.ord

2